# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

BENJAMIN BELL,

      Plaintiff,

v.                                                  Case No:   6:24-cv-44-LHP

COMMISSIONER OF SOCIAL
SECURITY,

      Defendant

---

## ORDER

This cause is before the Court upon the parties' Joint Stipulation of Voluntary Dismissal, signed by counsel for both parties. Doc. No. 16. The stipulation of dismissal is self-executing pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii). *See Anago Franchising, Inc. v. Shaz, LLC*, 677 F.3d 1272, 1278 (11th Cir. 2012). Accordingly, Plaintiff's claims against Defendant are **DISMISSED WITHOUT PREJUDICE**, and the Clerk of Court is **DIRECTED** to terminate any pending motions and close the file.

**DONE** and **ORDERED** in Orlando, Florida on June 4, 2024.

*Leslie Hoffman Price*

LESLIE HOFFMAN PRICE
UNITED STATES MAGISTRATE JUDGE

Copies furnished to:

Counsel of Record
Unrepresented Parties